1  Kim Cooper, Esq.
2  NV Bar No. 9533
   Cooper Law Group Ltd.
3  8668 Spring Mountain Road, Suite 101
4  Las Vegas, Nevada 89117
   Telephone: (702) 625-2553
5  kcooper@cooperlawltd.com

6
   Danny J. Horen, Esq.
7  NV Bar No. 13153
8  Kazerouni Law Group, APC
   7854 W. Sahara Avenue
9  Las Vegas, NV 89117
10 Telephone: (800) 400-6808x7
   Facsimile: (800) 520-5523
11 danny@kazlg.com

12
   *Attorneys for Plaintiff*
13 Beverly Archer

14
                **UNITED STATES DISTRICT COURT**
15                  **DISTRICT OF NEVADA**

16

17 **BEVERLY ARCHER,**                )   **Case No.:**  2:14-cv-00391-APG-GWF
                                       )
18          Plaintiff,                 )   **PLAINTIFF'S CERTIFICATE OF
                                       )   INTERESTED PARTIES**
19          v.                         )
                                       )
20 **3G COLLECT, INC.,**               )
                                       )
21          Defendant.                 )
                                       )
22                                     )
                                       )
23 _____       )
   ///
24
   ///
25
   ///
26
27 ///

28

---
**CERTIFICATE OF INTERESTED PARTIES**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The undersigned, counsel of record Danny Horen of the Kazerouni Law Group, APC, for Plaintiff Beverly Archer, certifies that there are no known interested parties other than those participating in this case.

Dated: March 20, 2014                    Respectfully submitted,


                                         BY: /S/ DANNY J. HOREN_____
                                             DANNY J. HOREN, ESQ.
                                             NV BAR NO. 13153
                                             KAZEROUNI LAW GROUP, APC
                                             ATTORNEYS FOR PLAINTIFF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE