Kim Cooper, Esq.
NV Bar No. 9533
Cooper Law Group Ltd.
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 625-2553
kcooper@cooperlawltd.com

Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*
Beverly Archer

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **BEVERLY ARCHER,**<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>**3G COLLECT, INC.,**<br><br>　　　　　Defendant. | **Case No.:** 2:14-cv-00391-APG-GWF<br><br>**NOTICE OF SETTLEMENT** |

///

///

///

**NOTICE OF SETTLEMENT**

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that this case has been settled on an individual basis as to Plaintiff Beverly Archer's ("Plaintiff") claims against Defendant 3G Collect, Inc. ("Defendant").

Plaintiff and Defendant anticipate filing a Joint Motion for Dismissal with prejudice as to the Plaintiff's individual claims within 40 days. Plaintiff requests that the Court set a deadline on or after September 22, 2014, for Plaintiff and Defendant to file a Joint Motion to Dismiss.

Dated: August 12, 2014                    Respectfully submitted,

                                          BY: /s/ DANNY J. HOREN_____
                                              DANNY J. HOREN, ESQ.
                                              ATTORNEYS FOR PLAINTIFF

NOTICE OF SETTLEMENT                                                    2

**PROOF OF SERVICE**

Pursuant to LR 5-1, I hereby certify that on the 12th day of August, 2014, service of the foregoing ***NOTICE OF SETTLEMENT*** was served via EC/CMF to Defendant's counsel, addressed as follows:

| Counsel of Record | Email | Party |
|---|---|---|
| Andrew Bluth<br><br>Pillsbury Winthrop Shaw Pittman LLP<br>2600 Capitol Avenue, Ste. 300<br>Sacramento, CA 95816 | abluth@pillsburylaw.com | Defendant |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

BY: /s/ Danny J. Horen
Danny Horen, Esq.